Order entered May 21, 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01467-CV

**CERGON, INC. D/B/A PRIMO'S BAR & GRILL AND EDWARD CERVANTES,**
Appellants

**V.**

**CHEUNG-LOON, LLC, Appellee**

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 08-9267-G

## ORDER

By order entered April 18, 2014, we abated the appeal to allow the trial court an opportunity to conduct a hearing to determine the status of the reporter's record. Although it does not appear a hearing has been held, the reporter's record has been filed. Accordingly, we **REINSTATE** this appeal and **VACATE** our April 18th order. As the appellate record is now complete, we **ORDER** appellants to file their brief no later than June 23, 2014.

/s/     ELIZABETH LANG-MIERS
JUSTICE